IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      )
                              )
        v.                    )        1:11CR252-1
                              )
ANGELO THOMPSON               )

## ORDER ON PETITION FOR WARRANT OR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

This matter is before the Court upon request of the United States Probation Officer. (Doc. 117.)  The Court has reviewed the petition and finds the following:

( )  No Action.

(x)  The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest on the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshals Service.

( )  The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( )  Other:

**IT IS SO ORDERED.**

                                    /s/    Thomas D. Schroeder
                                    United States District Judge

March 11, 2026

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: ANGELO THOMPSON               Docket Number: 1:11CR252-1

Name of Sentencing Judicial Officer:   The Honorable Thomas D. Schroeder

Date of Original Sentence:          May 2, 2012

Original Offense:   Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1).

Original Sentence:   180 months of imprisonment followed by 3 years of supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: July 18, 2025
                                                     Date Supervision Expires: July 17, 2028

Assistant U.S. Attorney: Lisa B. Boggs              Defense Attorney: Gregory Davis

---

## PETITIONING THE COURT

[X]   To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Thompson has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On January 24, 2026, Mr. Thompson was arrested by the Lumberton Police Department and was charged with Misd. Larceny (26CR218621-770). The date of offense was January 24, 2026. Mr. Thompson was given a $5,000 secured bond, which he was able to post the same day of his arrest, and was released from custody. This charge is **pending** in Robeson County, NC.

According to the incident report, officers responded to Harbor Freight in reference to a larceny. Upon arrival, officers spoke the victim, Mr. Sampson, who reported a male subject stole $750 worth of various construction tools out of the bed of his truck. Based on a description of the suspect provided by Mr. Sampson, officers located and detained an individual inside of the neighboring City Trends clothing store. The individual was identified as Mr. Thompson, and when questioned by officers, he admitted to taking the tools. Officers were also to review video footage from Habor Freight, which clearly depicted Mr. Thompson reaching in the bed of Mr. Sampson's truck and stealing his property.

**Violation 2 - The defendant shall not commit another federal, state or local crime.**

On January 30, 2026, Mr. Thompson was arrested by the Lumberton Police Department and was charged with Felony Break/Enter Motor Vehicle with Theft and Felony Larceny (26CR219768-770). The date of offense was October 23, 2025. Mr. Thompson was given a $25,000 secured bond, which he was able to post the same day of his arrest, and was released from custody. These charges are **pending** in Robeson County, NC.

According to the incident report, on October 24, 2025, officers responded to a larceny call from a motor vehicle. The victim, Mr. Ramsey, reported that someone had stolen the bottom section of his stackable toolbox from the bed of his truck which contained all his Dewalt power tools and batteries. However, there was no evidence that identified any specific suspects at that time.

In January 2026, new photographic and video evidence surfaced from the night of the incident that specifically identified Mr. Thompson as the individual who committed the larceny. On January 27, 2026, detectives took out a warrant for Mr. Thompson's arrest for committing the aforementioned offenses. On January 30, 2026, Mr. Thompson was detained while on Fort Bragg and was taken to the Cumberland County Jail where he was served with the outstanding warrant.

**Violation 3 - The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

Mr. Thompson failed to notify the probation office of his contact with law enforcement on January 24 and January 30, 2026, or the fact that he was arrested.

**Violation 4 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Thompson tested positive for cocaine on January 21, 2026.

**Violation 5 - The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.**

On July 24, 2025, the probation office in the Eastern District of North Carolina (ED/NC) referred Mr. Thompson to substance abuse treatment at Integrated Behavioral Health Care Services (IBHS). However, Mr. Thompson failed to attend his scheduled treatment sessions and was ultimately unsuccessfully discharged from the program.

Mr. Thompson was also enrolled in the probation office's random drug testing program. He **failed to report** for drug tests on August 12, September 2, October 14, November 17, and December 9, 2025.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
       [X]    revoked.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on    <u>February 13, 2026</u>

*Robert A. Wyrick*

Robert A. Wyrick
U.S. Probation Officer Specialist

**RE: ANGELO THOMPSON**

Approved by:

_Stacey G. Burleyson_ (signature)
Stacey G. Burleyson
Supervisory U.S. Probation Officer

February 13, 2026
Date